# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:13-MJ-165-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DWAYNE TRAMEL PICKETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss" (Document No. 3) filed June 17, 2013. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Dismiss" without prejudice (Document No. 3) is **GRANTED**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

Signed: June 17, 2013

David C. Keesler
United States Magistrate Judge